IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**LAEL BROWN, LAVERNE WRIGHT-OCHOA,
CHARLES BROWNE, AND ROBERT WRIGHT,**

**Plaintiffs,**

*vs*.  **CRIMINAL ACTION NO. 1:10cv110**

**ANTHONY PARTIPILO, TODD TERRY, and
AMERICA'S CRIMINAL DEFENSE GROUP,
A PROFESSIONAL LAW CORPORATION,**

**Defendants.**

## ORDER/OPINION

On the 9th day of March 2011, Plaintiffs filed their "Motion to File Reply" [Docket Entry 58]. Defendants have not yet filed a response to the Motion nor was any response due at the time of this Order.

For reasons appearing to the Court, Plaintiffs' Motion to File Reply is **GRANTED**. The Clerk is directed to file the Reply, which counsel for Plaintiffs attached to the Motion.

It is so **ORDERED**.

The Clerk of the Court is directed to send a copy of this Order to counsel of record.

DATED: March 10, 2011.

*John S. Kaull*
JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE